IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RYAN JAMES MILLIKIN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:17-CV-189 |
| | § | |
| LORIE DAVIS, | § | |
| | § | |
| Defendant. | § | |

# ORDER

The Court has received the Memorandum and Recommendation ("M&R") of the Magistrate Judge to whom this case was referred (Dkt. No. 18). The time to file objections has passed, and no objections have been filed.

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R (Dkt. No. 18), **DISMISSES** the above-captioned action, and **DENIES** Petitioner a Certificate of Appealability.

SIGNED this 28th day of March, 2018.

_____
Hilda Tagle
Senior United States District Judge